## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOEY I. RODRIGUEZ,

     Plaintiff,

v.

                                    No. 1:25-cv-00313-MLG-KK

SOCIAL SECURITY ADMINISTRATION,

     Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE KHALSA'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Pursuant to the Court's Order of Referral, Doc. 12, Magistrate Judge Kirtan Khalsa filed her Proposed Findings and Recommended Disposition ("PFRD"), Doc. 13, regarding Defendant's Opposed Motion to Dismiss for Lack of Jurisdiction ("Motion"), Doc. 4. Judge Khalsa recommends granting the Motion and dismissing Plaintiff's complaint without prejudice for lack of jurisdiction. Doc. 13 at 1, 6-8. The PFRD notified the parties of their ability to file objections within fourteen days and warned them that failure to timely file objections would waive appellate review. *Id.* at 8. This deadline is extended by three additional days for parties—like Rodriguez—who receive service by mail. Neither party filed an objection. Having reviewed the PFRD, and given the lack of objections, the Court finds no reason either in law or fact to depart from the PFRD and will adopt the conclusions memorialized therein. Therefore, the PFRD is adopted; Defendant's Motion, Doc. 4, is granted; and Plaintiff's complaint is dismissed without prejudice.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1